# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing, United States Magistrate Judge

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | CR 25-3104 MLG | UNITED STATES vs. ZHANG | |
| Hearing Date: | Thursday, August 14, 2025 | Time In and Out: | 10:10-10:36 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Rio Grande |
| Defendant: | Nan Zhang | Defendant's Counsel: | Daniel Snyder (for the limited purposes of today's proceeding) |
| AUSA: | Patrick Cordova | Pretrial/Probation: | Anthony Galaz |
| Interpreter: | | Witness: | |

### Initial Appearance

- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant wishes to retain counsel
- ☒ Government moves to detain    ☐ Government does not recommend detention
- ☒ Set for Arraignment/Detention Hearing    on Friday, August 15, 2025    @ 1:30

### Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐
- ☐ Court finds    ☐ Court does not find probable cause

### Detention

- ☐ Defendant waives right to contest detention
- ☐

### Custody Status

- ☒ Defendant detained pending hearing
- ☐ Conditions

### Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☒ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to _____ for Final Revocation Hearing
- ☒ Courts orders codefendants be transported separately; written order to follow; Defense counsel asks USMS/Cibola provide telephone so Defendant can retain counsel; Court orders USMS to notify Cibola that defendants need access to a telephone