IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Crim. No. 25-03104-MLG

SANJAY KHURANA,

    Defendant.

## UNITED STATES' NOTICE OF APPEAL

The United States hereby files this notice of its intention to appeal the Honorable Laura Fashing's August 15, 2025, order releasing Defendant Sanjay Khurana ("Defendant") pending trial in this matter. The United States seeks an order from the district court to stay Judge Fashing's release order pending a review. Therefore, it respectfully requests that Judge Fashing refrain from entering the release order and that Defendant remain in custody pending the district court's resolution of the appeal. The United States requests a formal briefing schedule to follow as soon as the parties receive the transcript from the detention hearing.

                                          Respectfully submitted,

                                          RYAN ELLISON
                                          Acting United States Attorney

                                          /s/_____
                                          PATRICK CORDOVA
                                          TIMOTHY D. TREMBLEY
                                          Assistant United States Attorneys
                                          201 3rd St. NW, Suite 900
                                          Albuquerque, NM 87102
                                          (505) 224-1413

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system which caused defense counsel, Nicholas Hart, to be served by electronic means, as reflected on the Notice of Electronic Filing as indicated therein on August 15, 2025.

/s/
Patrick Cordova
Assistant United States Attorney