**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                  Case No. 1:25-cr-03104-MLG

NAN ZHANG and
SANJAY KHURANA

    Defendants.

**ORDER GRANTING JOINT MOTION FOR DISCLOSURE OF
<u>GRAND JURY AND PETIT JURY DATA</u>**

This matter comes before the Court on Defendants Nan Zhang and Sanjay Khurana's Joint Motion for Disclosure of Grand Jury and Petit Jury Data filed September 22, 2025. Doc. 61. The United States takes no position on Defendants' Motion. *See* Doc. 71. Having reviewed the parties' submissions and the applicable law, and having held a hearing on December 10, 2025, the Court grants the Motion for the reasons stated on the record. The Court finds Defendants are entitled to certain information and data from the Clerk's Office of the United States District Court for the District of New Mexico ("Clerk's Office"), as provided and described herein.

The Clerk's Office shall make available to Defendants, through their counsel, all responsive, existing data and documents related to the grand and petit jurors in the Northern and Southern Divisions of the United States District Court for the District of New Mexico from 2021, 2023, and 2025 for the following :

1.       Any Divisional or District AO-12 of JS-12 forms created in relation to the Master Jury Wheel and the Qualified Jury List that were used to summon jurors during the requested time frames;

2.      Any other statistical or demographic analyses produced to ensure the quality of the Master Jury Wheel and the Qualified Jury List that were used to summon jurors during the requested time frames;

3.      The calculations of proportionality used as described in the Jury Selection Plan, No. 15-mc-0004, Doc. 42-1 at 2 (D.N.M. Oct. 27, 2015);

4.      Status Codes for potential jurors who were selected from the Master Jury Wheel for qualification but either had their qualification form returned by the postal service, did not respond, or were disqualified or exempted from jury service during the 2021, 2023, and 2025 Master Jury Wheel sets, in electronic and accessible form; and

5.      Any other information related to the identity and background of individuals selected for the relevant jury wheels and juror panels comprising grand and petit juries in the Northern and Southern Divisions, including information addressing the manner in which those individuals are selected for jury service.

Defendants shall coordinate with the Clerk's Office in a manner that minimizes the burden and expense of producing the above outlined information. The Clerk's Office shall assume all reasonable costs it incurs as a result of producing copies of available information in compliance with this Order, but the Clerk's Office may petition the Court to have Defendants assume any extraordinary costs incurred in complying.

Defendants shall provide to the United States a copy of all information obtained from the Clerk's Office pursuant to this Order within 3 days of receipt of the information.

2

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA